## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **ALBERT STEVEN ALLEN and**<br>**RANDY MARK ALLEN,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **Case No. 6:22-cv-00063-JAR** |
| **APACHE CORPORATION,** | ) ) ) | |
| **Defendant.** | ) | |

### PLAINTIFFS' MOTION TO CERTIFY THE SETTLEMENT CLASS FOR SETTLEMENT PURPOSES, PRELIMINARILY APPROVE CLASS ACTION SETTLEMENT, APPROVE FORM AND MANNER OF NOTICE AND SET DATE FOR FINAL APPROVAL HEARING

Plaintiffs, Albert Steven Allen and Randy Mark Allen, on behalf of themselves and all others similarly situated ("Plaintiffs"), respectfully file this Motion to Certify the Settlement Class for Settlement Purposes, Preliminarily Approve Class Action Settlement, Approve Form and Manner of Notice and Set Date for Final Approval Hearing (the "Motion"), and hereby move the Court for entry of an Order:

1.  Certifying the Settlement Class for settlement purposes;[1]

2.  Preliminarily approving the Settlement of the above-captioned action;

3.  Appointing Plaintiffs as Class Representatives of the Settlement Class;

4.  Appointing Nix Patterson, LLP and Ryan Whaley Coldiron Jantzen Peters & Webber PLLC as Class Counsel for the Settlement Class, and Whitten Burrage and Lawrence Murphy, Jr. as liaison local counsel for the Settlement Class;

---

[1] All capitalized terms not otherwise defined herein shall have the meaning given to them in the July 21, 2022 Stipulation and Agreement of Settlement ("Settlement Agreement"), a copy of which is attached as Exhibit 1 to the Memorandum of Law in Support of this Motion, which is filed concurrently herewith.

5.      Approving the form and manner of providing notice of the Settlement to the Settlement Class;

6.      Appointing a Settlement Administrator;

7.      Appointing an Escrow Agent; and

8.      Setting a hearing date for final approval of the Settlement and application for an award of Attorneys' Fees, Litigation Expenses, and Case Contribution Award to Plaintiffs.

Plaintiffs base this Motion on the applicable law and all records and documents on file, including the Memorandum of Law in Support of this Motion, which is being filed concurrently herewith and is incorporated by reference as if set forth fully herein.

Accordingly, Plaintiffs respectfully request that this Court enter an Order granting the relief listed above, and any such further relief to which the Court finds the Settlement Class entitled.

A proposed Order is submitted concurrently herewith.

DATED: July 21, 2022.                     Respectfully submitted,

*/s/ Bradley E. Beckworth*
Bradley E. Beckworth, OBA No. 19982
Jeffrey J. Angelovich, OBA No. 19981
Lisa P. Baldwin, OBA No. 32947
Andrew G. Pate, OBA No. 34600
Trey Duck, OBA No. 33347
Winn Cutler (admitted *pro hac vice*)
**NIX PATTERSON, LLP**
8701 Bee Cave Road
Building 1, Suite 500
Austin, Texas 78746
Telephone: (512) 328-5333
Facsimile: (512) 328-5335
*bbeckworth@nixlaw.com*
*jangelovich@nixlaw.com*
*lbaldwin@nixlaw.com*
*dpate@nixlaw.com*
*tduck@nixlaw.com*
*winncutler@nixlaw.com*

Susan Whatley, OBA No. 30960
**NIX PATTERSON, LLP**
P.O. Box 178
Linden, TX 75563
Telephone: (903) 215-8310
*swhatley@nixlaw.com*

Patrick M. Ryan, OBA No. 7864
Jason A. Ryan, OBA No. 18824
Paula M. Jantzen, OBA No. 20464
**RYAN WHALEY COLDIRON JANTZEN**
**PETERS & WEBBER PLLC**
400 N. Walnut Ave.
Oklahoma City, OK  73104
Telephone:  405-239-6040
Facsimile:  405-239-6766
*pryan@ryanwhaley.com*
*jryan@ryanwhaley.com*
*pjantzen@ryanwhaley.com*

Michael Burrage, OBA No. 1350
**WHITTEN BURRAGE**
512 N. Broadway Ave, Suite 300
Oklahoma City, OK 73102
Telephone: (405) 516-7800
Facsimile: (405) 516-7859
*mburrage@whittenburragelaw.com*

Lawrence R. Murphy, Jr., OBA No. 17681
**SMOLEN LAW**
611 S. Detroit Ave.
Tulsa, OK 74120
Telephone: (918) 777-4529
*larry@smolen.law*

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that I authorized the electronic filing of the foregoing on July 21, 2022, with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to all registered parties.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Bradley E. Beckworth*
Bradley E. Beckworth