## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALBERT STEVEN ALLEN and RANDY MARK ALLEN, | )<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| v. | ) Case No. 6:22-cv-00063-JAR |
| APACHE CORPORATION, | )<br>)<br>) |
| **Defendant.** | ) |

### CLASS REPRESENTATIVES' MOTION FOR FINAL APPROVAL

Class Representatives Albert Steven Allen and Randy Mark Allen, on behalf of themselves and all others similarly situated, respectfully file this Motion for Final Approval, and hereby move the Court for final approval of the following:

1. Proposed class action Settlement;

2. Form and manner of the Notice sent to the Class; and

3. Proposed Initial Plan of Allocation.

Class Representatives base this Motion on the Settlement Agreement, the applicable law, and all pleadings and records on file in this matter, which are respectfully incorporated by reference as if set forth fully herein. Class Representatives also base this Motion on their Memorandum of Law in Support of this Motion, which is filed contemporaneously herewith.

Class Representatives' Proposed Order and Judgment Granting Final Approval of Class Action Settlement ("Final Approval Order") is attached hereto as Exhibit 1. Class Representatives' Proposed Initial Plan of Allocation Order is attached hereto as Exhibit 2.

WHEREFORE, Class Representatives respectfully request the Court grant the requested relief by entering the proposed Final Approval Order and the proposed Initial Plan of Allocation Order, as well as any such further relief to which the Court finds Class Representatives and the Settlement Class entitled.

DATED:     October 19, 2022.         Respectfully submitted,

*/s/ Patrick M. Ryan*
Patrick M. Ryan, OBA No. 7864
Phillip G. Whaley, OBA No. 13371
Jason A. Ryan, OBA No. 18824
Paula M. Jantzen, OBA No. 20464
**RYAN WHALEY COLDIRON JANTZEN PETERS & WEBBER PLLC**
400 North Walnut Avenue
Oklahoma City, OK 73140
 (405) 239-6040 telephone
(405) 239-6766 facsimile
*pryan@ryanwhaley.com*
*pwhaley@ryanwhaley.com*
*jryan@ryanwhaley.com*
*pjantzen@ryanwhaley.com*

Bradley E. Beckworth, OBA No. 19982
Drew Pate, OBA No. 34600
Lisa P. Baldwin, OBA No. 32947
Trey Duck, OBA No. 33347
Cody Hill, TX Bar No. 24095836
**NIX PATTERSON, LLP**
8701 Bee Cave Road
Building 1, Suite 500
Austin, TX 78746
(512) 328-5333 telephone
(512) 328-5335 facsimile
*bbeckworth@nixlaw.com*
*dpate@nixlaw.com*
*lbaldwin@nixlaw.com*
*tduck@nixlaw.com*
*codyhill@nixlaw.com*

**CLASS COUNSEL**

Michael Burrage, OBA No. 1350
**WHITTEN BURRAGE**
512 N. Broadway Ave., Suite 300
Oklahoma City, OK 73103
(405) 516-7800 telephone
(405) 516-7859 facsimile
*mburrage@whittenburragelaw.com*

Lawrence R. Murphy, Jr., OBA No. 17681
**SMOLEN LAW**
611 S. Detroit Avenue
Tulsa, OK  74120
*larry@smolen.law*

**LIASON COUNSEL**

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2022, I electronically transmitted the attached document to the clerk of this Court using the ECF system for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Mark Banner – mbanner@hallestill.com
Dawson A. Brotemarkle – dbrotemarkle@hallestill.com
Stephen Crain – Stephen.crain@bracewell.com
Edmund W. Robb, IV – Edmund.robb@bracewell.com


*/s/ Patrick M. Ryan*
Patrick M. Ryan